UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK FITZGERALD CHIOINO, | No. C 06-932 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SCOTT M. KERNAN, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is granted.  Chioino's total sentence in Monterey County Superior Court Case No. SS022872 must be changed from 22 years to 18 years.

IT IS SO ORDERED AND ADJUDGED.

DATED:   October 22, 2007

Marilyn Hall Patel
United States District Judge